Decided September 9, 1999

COMMISSIONER OF PUBLIC WORKS *v.* CITY OF MIDDLETOWN ET AL.

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 438 (AC 18141), is denied.

*Trina A. Solecki*, city attorney, in support of the petition.

*Paul K. Pernerewski*, assistant attorney general, in opposition.

Decided September 9, 1999

STATE OF CONNECTICUT *v.* MIGDALIA RABELL

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 402 (AC 18411), is denied.

*Howard I. Gemeiner*, in support of the petition.

*Bruce R. Lockwood*, deputy assistant state's attorney, in opposition.

Decided September 9, 1999